1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Fernando Montes

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,          ) Case No. 07MJ8955-01
   |                                    )
12 |             Plaintiff,             )
   |                                    )
13 | v.                                 ) **CERTIFICATE OF SERVICE**
   |                                    )
14 | FERNANDO MONTES,                   )
   |                                    )
15 |             Defendant.             )
   |_____)

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov; and

20
                      Michael L. Crowley
21         mlcrowley@usa.net,lhaigler@sbcglobal.net

22                              Respectfully submitted,

24 DATED:    December 5, 2007         /s/ Erica K. Zunkel
                                      **ERICA K. ZUNKEL**
25                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Fernando Montes